M. L. Plympton and George W. Clark, Appellants, v. Lula
Futch in her own right and as *Prochein ami* for Julia
Futch, Blanch Futch, Wilton Futch, Helen Futch and
Nellie Futch, minors, Appellees.

### Division A.

Appeal from Circuit Court, Columbia county; Bascom
H. Palmer, Judge.

L. Harrison and M. M. Scarborough, Jr., for appellants.

No appearance for appellees.

The bill in this cause was filed by the appellees against
the appellants. There was a decree for the complainants
and the defendants appeal. The decree is affirmed.

Decision *Per Curiam.*